**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CURTIS GOLDMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LINCOLN NATIONAL LIFE INSURANCE** | : | |
| **COMPANY and LINCOLN LIFE** | : | |
| **ASSURANCE COMPANY OF BOSTON** | : | **NO. 22-5031** |

## ORDER

**NOW**, this 11th day of April, 2023, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

_____
TIMOTHY J. SAVAGE, J.